

# NUMBER 13-25-00117-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**DAVID MATTHEW SMITH,**                             **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                    **Appellee.**

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF ARANSAS COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Cron**

This cause is before the Court on appellant's motion to dismiss this appeal. The motion was signed by appellant and his counsel. *See* TEX. R. APP. P. 42.2(a). Accordingly,

the motion is granted and the appeal is hereby dismissed. *See id.* Having dismissed the

appeal at appellant's request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
17th day of July, 2025.